■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN L. CAMPBELL, Appellant. [648 NYS2d 362] —Judgment unanimously affirmed. Memorandum: Defendant contends that his statements to the police should have been suppressed

because he was not given *Miranda* warnings before questioning. We disagree. The evidence adduced at the *Huntley* hearing establishes that defendant was not in custody at the time of the questioning and thus, *Miranda* warnings were not required at that time (*see, People v Yukl*, 25 NY2d 585, 589, *mot to amend remittitur denied* 26 NY2d 845, 883, *cert denied* 400 US 851). There is no proof in the record that defendant was intoxicated and the testimony of the officers who questioned him was unequivocal that defendant did not show signs of intoxication. We have considered defendant's remaining contention and conclude that it is without merit. (Appeal from Judgment of Jefferson County Court, Clary, J.—Rape, 1st Degree.) Present—Denman, P. J., Green, Wesley, Balio and Davis, JJ.